# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Anthony Falbo, | Case No. 3:16-cv-00351-jdp |
| Plaintiff, | |
| v. | **STIPULATION OF** |
| | **DISMISSAL WITH PREJUDICE** |
| SunTrust Bank, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action by Plaintiff may be and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Respectfully submitted,

**BARRY & HELWIG, LLC**

Dated: January 6, 2017

By:  s/ Patrick J. Helwig
Patrick J. Helwig, Esq.
WI Attorney I.D. # 1081347
2701 University Avenue SE, Suite 209
Minneapolis, MN 55414
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
phelwig@lawpoint.com
*Attorney for Plaintiff*

-1-

-2-

**FOLEY & LARDNER LLP**

Dated: <u>January 6, 2017</u>

By: <u>s/ Roberta F. Howell</u>
Roberta F. Howell, Esq.
WI Attorney I.D. # 1000275
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone:  608.258.4273
RHowell@foley.com
***Attorneys for Defendant***